No. 347. JABEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted. *Morris A. Shenker* and *Bernard J. Mellman* for petitioner. *Solicitor General Cox* for the United States.

No. 133. STEINGOLD, EXECUTOR, ET AL. *v.* CAPITAL AIRLINES, INC., ET AL. Supreme Court of New York, Kings County. Certiorari denied. *Jacob Rassner* for petitioners. *William J. Junkerman* and *James B. McQuillan* for Capital Airlines, Inc., et al., and *Robert Layton, Phil E. Gilbert, Jr.,* and *Harold A. Segall* for Rolls-Royce, Ltd., et al., respondents.

No. 254. DIXIE PORTLAND FLOUR MILLS, INC. *v.* BYRD. Court of Appeals of Tennessee. Certiorari denied. *George P. Bowie* and *John S. Carriger* for petitioner. *H. Keith Harber* for respondent.

No. 285. BAER *v.* UNITED STATES. Court of Claims. Certiorari denied. *Alan Miles Ruben* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *Kathryn H. Baldwin* for the United States.

No. 301. DAY *v.* NORTHWEST DIVISION 1055, AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, ET AL. Supreme Court of Oregon. Certiorari denied. *Sigmund Timberg* for petitioner. *Bernard Cushman* and *Isaac N. Groner* for respondents.